**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

| | |
|---|---|
| HUGO REINOSA, <br>         Plaintiff, <br>     v. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br>         Defendant. | NO. SACV 16-01936-AS <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: August 2, 2017.

/s/
--------
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE